USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN LAUREANO,

                Plaintiff,

        -v-

BRONX PARK MOTEL CORP., and M.H.J.
MOTEL CORP.,

                Defendants.
-------------------------------------------------------------X

**ORDER**

21-CV-8354 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

By order dated October 13, 2021, Judge Engelmayer referred this case to me for general pretrial supervision (Dkt. No. 7). Accordingly, the Court directs the parties to provide a joint status update by **February 3, 2023** updating the Court as to the status of the case and if the case has been settled.

By separate order the Court will set initial case management conference in accordance with Fed. R. Civ. P. 16(a).

    **SO ORDERED.**

Dated: January 30, 2023
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge